UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Harlem de Paula Teixeira

     v.                                              Civil No. 1:25-cv-507-SE-TSM

Strafford County Department of Corrections, Superintendent, et al.

O R D E R

Harlem de Paula Teixeira filed a petition for a writ of habeas corpus on October 27, 2025, contesting his detention and requesting, inter alia, a bond hearing. See doc. no. 1. The allegations in the petition suggest that the petitioner may be a member of the class certified in Guerrero Orellana v. Moniz and therefore be entitled to the declaratory and injunctive relief prescribed by that court. See 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025). Further, the petitioner's case appears analogous to this court's recent order in Destino v. FCI Berlin, Warden, 1:25-cv-00374-SE-AJ.

The stay is hereby lifted and the government is directed to show cause on or before January 7, 2026, as to why the court should not issue an order granting the petition in this case to the extent of ordering the government to afford the petitioner with a bond hearing under 8 U.S.C. § 1226(a) and/or the Due Process Clause of the Fifth Amendment and, if the government fails to comply, why the court should not grant the writ and set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

December 24, 2025

cc:    Counsel of record.